COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER GRANTING TEMPORARY RELIEF

Appellate case name:       St. Luke's Sugar Land Partnership v. Shatish Patel, M.D.,
Hemalatha Vijayan, M.D., Subodh Sonwalkar, M.D., and
Wolley Oladut, M.D.

Appellate case number:     01-15-01111-CV

Trial court case number:   2011-24016

Trial court:              152nd Judicial District Court of Harris County

On January 4, 2016, appellant, St. Luke's Sugar Land Partnership, filed an emergency motion for temporary relief asking this Court to stay the trial court's Order Appointing Receiver for St. Luke's Sugar Land Partnership, L.L.P. dated December 23, 2015.

Appellant's request for temporary relief is GRANTED, and the receivership order is STAYED pending a response from the appellees and further orders of this Court. *See* TEX. R. APP. P. 29.3. Appellees are requested to file a response to appellant's motion within 10 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                     ☒ Acting individually   ☐ Acting for the Court

Date: January 4, 2016